# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2016

*The Court of Appeals hereby passes the following order*

**A17D0168. IN THE INTEREST OF: S. P. J. H., et al. CHILDREN (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1600700 1600701



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 12, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*